UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MELISSA DYLAN,

        Plaintiff,

v.

THE BALDWIN INSURANCE GROUP, INC, et al.,

        Defendant.

C24-1248 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Having reviewed the Complaint, docket no. 1, and the Answer, docket no. 12, the Court is not satisfied that diversity jurisdiction exists in this case. Defendant Baldwin Insurance Group Holdings, LLC, is a limited liability company and is therefore a citizen of every state in which its members are domiciled. *See Johnson v. Columbia Props. Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006). Defendant Baldwin Group Colleague, Inc. is a corporation and is therefore a citizen of any state where it has been incorporated and of the state where it has its principal place of business. *See Davis v. HSBC Bank Nevada*, *N.A.*, 557 F.3d 1026, 1028 (9th Cir. 2009). Defendants Baldwin Insurance Group Holdings, LLC and Baldwin Group Colleague, Inc. are DIRECTED to file their corporate disclosure statements pursuant to LCR 7.1 and FRCP 7.1 on or before September 27, 2024.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 13th day of September, 2024.

MINUTE ORDER - 1

Case 2:24-cv-01248-TSZ    Document 15    Filed 09/13/24    Page 2 of 2

<pre>
                                     Ravi Subramanian
                                     Clerk

                                     s/Laurie Cuaresma
                                     Deputy Clerk
</pre>

MINUTE ORDER - 2