UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MELISSA DYLAN,<br><br>        Plaintiff,<br><br>  v.<br><br>THE BALDWIN INSURANCE GROUP INC ET AL,<br><br>        Defendants. | C24-1248 TSZ<br><br>ORDER |

Counsel having advised the Court that this matter has been resolved, and it appearing that no issue remains for the Court's determination,

NOW, THEREFORE, IT IS ORDERED that this case is DISMISSED with prejudice and without costs. The trial date of February 23, 2026, and all remaining dates and deadlines are STRICKEN.

ORDER - 1

1  The Clerk is directed to CLOSE this case and to send a copy of this Order to all
2 counsel of record.
3   IT IS SO ORDERED.
4   Dated this 2nd day of July, 2025.

                                    Thomas S. Zilly
                                    United States District Judge

ORDER - 2